UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXEL PENA-REYES, | : |
| | : CIVIL ACTION NO. 3:23-1719 |
| Petitioner | : |
| | : (JUDGE MANNION) |
| v. | : |
| WARDEN WASHINGTON, | : |
| Respondent | : |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**Dated: November 1, 2023**
23-1719-01-Order